ERIK J. OLSON (CA SBN 175815)
EJOlson@mofo.com
BRIAN L. LEVINE (CA SBN 246726)
BLevine@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant
HOMESALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALDORAN AND MARK A. MANNING,<br><br>         Plaintiffs,<br><br>    v.<br><br>HOMESALES, INC. AND JOHN DOES (Investors) 1-10,000,<br><br>         Defendants. | Case No.     C11-00578 JSW<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>CMC: May 20, 2011 to July 22, 2011<br>Time: 9:00 a.m.<br>Ctrm: 11<br>Judge: Jeffrey S. White<br><br>Date Action Filed: February 8, 2011 |

Plaintiffs ALDORAN AND MARK A. MANNING ("Plaintiffs") and Defendant HOMESALES, INC. ("Defendant"), through their respective undersigned counsel, hereby stipulate pursuant to Local Rules 6-2 and 7-12 as follows:

WHEREAS, a case management conference ("CMC") in this matter is currently scheduled for May 20, 2011;

WHEREAS, a hearing on Defendant's motion to dismiss this action is scheduled for June 3, 2011;

WHEREAS, a hearing on Defendant's demurrer to Pro Se Plaintiff's similar action in Alameda County Superior Court, is scheduled for June 2, 2011;

WHEREAS, the parties believe that conferring about a case schedule and discovery plan will be more productive after the pleadings are settled and the parties have a better sense of the scope of the claims, if any, that will be at issue.

IT IS HEREBY STIPULATED THAT:

1. The date for the Initial Case Management Conference shall be continued from May 20, 2011 to July 22, 2011, or such date thereafter as is convenient for the Court.

2. The Parties shall not be required to make initial disclosures pursuant to Federal Rule of Civil Procedure 26 or otherwise engage of discovery until 30 days following the Case Management Conference.

| | | |
|---|---|---|
| 1 | Dated: May 12, 2011 | ALDORAN |
| 2 | | MARK A. MANNING |
| 3 | | By: ___/s/Mark A. Manning_____ |
| | | MARK A. MANNING |
| 4 | Dated: May 12, 2011 | ERIK J. OLSON |
| 5 | | BRIAN L. LEVINE |
| | | MORRISON & FOERSTER LLP |
| 6 | | |
| 7 | | By: /s/ Brian L. Levine |
| | | BRIAN L. LEVINE |
| 8 | | |
| | | Attorneys for Defendant |
| 9 | | HOMESALES, INC. |

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
CASE NO. C11-00578
pa-1464286

2

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that Mark A. Manning has concurred in this filing.

Dated: May 12, 2011                     MORRISON & FOERSTER LLP

                                        By:  /s/ Brian L. Levine
                                               BRIAN L. LEVINE

                                        Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 13, 2011

                                        By: *Jeffrey S White* (signature)
                                            The Honorable Jeffrey S. White
                                            UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE BY MAIL**
(Fed. R. Civ. Proc. rule 5(b))

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018; I am not a party to the within cause; I am over the age of eighteen years and I am readily familiar with Morrison & Foerster's practice for collection and processing of correspondence for mailing with the United States Postal Service and know that in the ordinary course of Morrison & Foerster's business practice the document described below will be deposited with the United States Postal Service on the same date that it is placed at Morrison & Foerster with postage thereon fully prepaid for collection and mailing.

I further declare that on the date hereof I served a copy of:

**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

on the following by placing a true copy thereof enclosed in a sealed envelope addressed as follows for collection and mailing at Morrison & Foerster LLP, 755 Page Mill Road, Palo Alto, California 94304-1018, in accordance with Morrison & Foerster's ordinary business practices:

ALDORAN
Mark A. Manning
1152 98th Avenue
Oakland, CA 94603

I declare under penalty of perjury that the above is true and correct.

Executed at Palo Alto, California, this 12th day of May, 2011.

| Loraine Lontayao | /s/Loraine Lontayao |
|---|---|
| (typed) | (signature) |

I, Brian L. Levine, am the ECF User whose ID and password are being used to file this Proof of Service. In compliance with General Order 45, X.B., I hereby attest that Annie Hsia has concurred in this filing.

Dated: May 12, 2011                                   MORRISON & FOERSTER LLP

                                                      By:   /s/ Brian L. Levine
                                                            BRIAN L. LEVINE

                                                      Attorneys for Defendant