**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDORAN MARK A. MANNING,<br><br>    Plaintiff,<br><br>  v.<br><br>HOMESALES, INC., ET AL.,<br><br>    Defendants.<br>_____/ | No. C 11-00578 JSW<br><br>**ORDER VACATING HEARING DATE** |

Defendant Homesales, Inc.'s motion to dismiss is currently set for hearing on June 3, 2011 at 9:00 a.m. Plaintiffs have not yet filed an opposition to this motion. The Court issued an order to show cause regarding Plaintiffs' failure to oppose the motion. Their response to that Order is due by May 31, 2011. The Court HEREBY VACATES the hearing on the motion to dismiss and will reset it if necessary. Plaintiffs are admonished that their failure to file a response to the order to show cause by May 31, 2011 will result in a dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: May 25, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALDORAN,

    Plaintiff,

 v.

HOMESALES, INC. et al,

    Defendant.
                                  /

Case Number: CV11-00578 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aldoran
1152 98th Avenue
Oakland, CA 94603

Mark A. Manning
1152 98th Avenue
Oakland, CA 94603

Dated: May 25, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk