IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDORAN AND MARK A. MANNING,<br><br>Plaintiffs,<br><br>v.<br><br>HOMESALES, INC., ET AL.,<br><br>Defendants.<br>_____ / | No. C 11-00578 JSW<br><br>**ORDER TO SHOW CAUSE REGARDING MOTION TO EXPUNGE LIS PENDENS** |

This matter is set for a hearing on July 20, 2012 on the motion to expunge the lis pendens filed by Defendant Home Sales, Inc. ("Defendant"). Pursuant to Local Civil Rule of the Northern District 7-3, an opposition or statement of non-opposition to this motion was due to be filed and served by May 15, 2012. To date, Plaintiff has not filed an opposition or statement of non-opposition.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by **June 26, 2012**, why the pending motion to expunge should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to Defendant's motion, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. Plaintiff is admonished that his failure to respond this Order by **June 26, 2012**, will result in the Court granting Defendant's motion, without any further notice.

///

///

If Plaintiff seeks to file a substantive response to Defendant's motion and demonstrates good cause for his delay, the Court will provide Defendant an opportunity to file a reply brief.

**IT IS SO ORDERED.**

Dated: 06/15/2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDORAN AND MARK A. MANNING,<br><br>          Plaintiff,<br><br>   v.<br><br>HOMESALES, INC. et al,<br><br>          Defendant._____/ | Case Number: CV11-00578 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Aldoran
1152 98th Avenue
Oakland, CA 94603

Mark A. Manning
1152 98th Avenue
Oakland, CA 94603

Dated: June 15, 2012

Richard W. Wieking, Clerk
By: Tana Ingle, Deputy Clerk