ERIK J. OLSON (CA SBN 175815)
EJOlson@mofo.com
JOE K. KANADA (CA SBN 251401)
JKanada@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant
HOMESALES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALDORAN AND MARK A. MANNING,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOMESALES, INC. AND JOHN DOES (Investors) 1-10,000,<br><br>    Defendants. | Case No.   C11-00578 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXPUNGE LIS PENDENS**<br><br>Date:   July 20, 2012<br>Time:   9:00 a.m.<br>Ctrm:   11<br>Judge:  Jeffrey S. White<br><br>Date Action Filed: February 8, 2011 |

1  ~~Defendant Home Sales, Inc.'s Motion to Expunge Lis Pendens came on regularly for hearing on July 20, 2012.~~  Having considered the memoranda and other papers submitted by the parties, the pleadings on file in this action, and the argument of counsel,

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The Motion to Expunge Lis Pendens is granted.  The Notice of Pendency of Action (lis pendens), which Plaintiff caused to be recorded with the Alameda County Recorder's Office on February 23, 2011, as document number 2011064217 is expunged.

IT IS SO ORDERED.

DATED: __July 10, 2012_____

_____
THE HONORABLE JEFFREY S. WHITE

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXPUNGE LIS PENDENS
CASE NO. C11-00578 JSW
pa-1520575

1